1434

## MOTION DOCKET

**96–658.** Adkins v. McFaul. *Cuyahoga County*, No. 70210. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for stay of execution/proceedings and release on bond,

IT IS ORDERED by the court that the motion for stay of execution/proceedings and release on bond be, and hereby is, denied, effective March 28, 1996.

## MISCELLANEOUS DISMISSALS

**95–1600.** Morey v. Cincinnati Ins. Co. *Warren County*, No. CA94–08–075. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective March 28, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–155.** Bushman v. Mid–Ohio Regional Planning Comm. *Franklin County*, No. 95APE03–249. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective March 27, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–166.** Newingham v. Indus. Comm. *Franklin County*, No. 95APD01–113. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due March 18, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 28, 1996.

**96–188.** Fifth Street Realty Co. v. Zalenski. *Lorain County*, No. 95CA006209. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellant has not filed a merit brief, due March 19, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 28, 1996.

**96–367.** State v. Rodriguez. *Montgomery County*, No. 14905. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective March 27, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.